476 A.2d 96

Stoff, Appellants, v. Shadyside Hospital.

Argued November 29, 1983. J. Philip Bromberg, for appellants; Richard J. Federowicz, for Shadyside, appellee; Richard S. Dorfzaun, for Keddie, appellee.

Before ROWLEY, WIEAND and HESTER, JJ.

Judgment affirmed.

476 A.2d 97

Tanzosh, Appellant, v. Lone Star Ind., Inc.

Petition for Allowance of Appeal
Denied Oct. 12, 1984.

Argued March 15, 1984. Nicholas Noel, III, for appellant; Robert E. Simpson, Jr., for appellee.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Order affirmed.